# EXHIBIT 3



BNP PARIBAS NEW YORK BRANCH
TRADE SERVICES OPERATIONS
919 3RD AVENUE
NEW YORK, N.Y. 10022

FOR BNP PARIBAS REFERENCE ONLY:
LC NUMBER: 91892434   USD AMOUNT: 87,900,000.00
EXPIRY DATE: MARCH 31, 2008

IRREVOCABLE STANDBY LETTER OF CREDIT NO.   91892434

DATE: OCTOBER 12, 2006

TO: SECRETARY, U.S. DEPARTMENT OF EDUCATION
    SCHOOL ELIGIBILITY CHANNEL
    PERFORMANCE IMPROVEMENT AND PROCEDURES
    830 FIRST STREET, NE, ROOM 74D3
    WASHINGTON, DC 20002
    ATTN: JIM TILTON

AMOUNT: U.S. $87,900,000.00
EXPIRATION DATE: MARCH 31, 2008

DEAR SIR/MADAM

WE HEREBY ESTABLISH OUR IRREVOCABLE STANDBY LETTER OF CREDIT 91892434 IN
FAVOR OF YOURSELVES BY ORDER OF EDUCATION MANAGEMENT, LLC AND FOR THE
ACCOUNT OF: AS INDICATED IN "SCHEDULE A" (SCHEDULE A LISTS ALL
INSTITUTIONS OWNED IN WHOLE OR IN PART BY EDUCATION MANAGEMENT
CORPORATION ("EDMC") THAT PARTICIPATE IN THE FEDERAL STUDENT AID
PROGRAMS), ATTACHED HERETO (HEREINAFTER, THE "INSTITUTION(S)"):

FOR AN AMOUNT OF USD 87,900,000.00 (EIGHTY SEVEN MILLION NINE HUNDRED
THOUSAND U.S. DOLLARS) AVAILABLE WITH BNP PARIBAS NEW YORK BY PAYMENT
AGAINST YOUR SIGHT DRAFT(S) DRAWN ON BNP PARIBAS NEW YORK, AT OUR
OFFICE, LOCATED AT 919 THIRD AVENUE, NEW YORK, NY 10022 ATTENTION
LETTER OF CREDIT DEPARTMENT.

DRAFT(S) MUST BE MARKED "DRAWN UNDER BNP PARIBAS NEW YORK STANDBY
LETTER OF CREDIT 91892434 DATED OCTOBER 12, 2006" ACCOMPANIED BY THE
FOLLOWING:

    (A) THE ORIGINAL OF THIS LETTER OF CREDIT INSTRUMENT ALONG
WITH ORIGINALS OF ALL AMENDMENTS, AND

    (B) A STATEMENT SIGNED BY THE SECRETARY, U.S. DEPARTMENT OF
EDUCATION ("SECRETARY") OR THE SECRETARY'S REPRESENTATIVE CERTIFYING
THAT THE DRAFTED FUNDS WILL BE USED FOR ONE OR MORE OF THE FOLLOWING
PURPOSES, AS DETERMINED BY THE SECRETARY,

1)    TO PAY REFUNDS OF INSTITUTIONAL OR NON-INSTITUTIONAL
CHARGES OWED TO OR ON BEHALF OF CURRENT OR FORMER STUDENTS OF THE
INSTITUTION, WHETHER THE INSTITUTION(S) REMAINS OPEN OR HAS CLOSED.

2)    TO PROVIDE FOR THE "TEACH-OUT" OF STUDENTS ENROLLED AT THE
TIME OF THE CLOSURE OF THE INSTITUTION(S).

1


**BNP PARIBAS**

PAGE 2
DATED: OCTOBER 12, 2006
OUR REF: 91892434

3)    TO PAY ANY LIABILITIES OWING TO THE SECRETARY ARISING FROM
ACTS OR OMISSIONS BY THE INSTUTION(S), ON OR BEFORE THE EXPIRATION OF
THIS LETTER OF CREDIT, IN VIOLATION OF REQUIREMENTS SET FORTH IN THE
HIGHER EDUCATION ACT OF 1965, AS AMENDED ("HEA"), INCLUDING THE
VIOLATION OF ANY AGREEMENT ENTERED INTO BY THE INSTITUTION(S) WITH THE
SECRETARY REGARDING THE ADMINISTRATION OF PROGRAMS UNDER TITLE IV OF
THE HEA.

SHOUD THE INSTITUTION(S) FAIL TO RENEW THE LETTER OF CREDIT WITHIN TEN
(10) DAYS PRIOR TO ITS EXPIRATION AS DIRECTED BY THE U.S. DEPARTMENT OF
EDUCATION ("DEPARTMENT"), THE DEPARTMENT MAY CALL THE LETTER OF CREDIT
AND PLACE THE FUNDS IN AN ESCROW ACCOUNT AT THE DEPRTMENT PENDING A
PROMPT DETERMINATION OF THE EXTENT TO WHICH THOSE FUNDS WILL BE USED IN
ACCORDANCE WITH PARAGRAPHS 1 THROUGH 3, ABOVE.

WE HEREBY AGREE WITH YOU THAT PARTIAL DRAWINGS ARE PERMITTED AND THAT
DRAFTS DRAWN UNDER AND IN COMPLIANCE WITH THE TERMS AND CONDITIONS OF
THIS CREDIT WILL DULY HONORED UPON DUE PRESENTATION AT OUR OFFICES
ON OR BEFORE THE EXPIRATION DATE OF THE LETTER OF CREDIT.

THIS CREDIT IS SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR
DOCUMENTARY CREDITS (1993 REVISION) INTERNATIONAL CHAMBER OF COMMERCE
PUBLICATION 500.

_____          _____
AUTHORIZED SIGNATURE                AUTHORIZED SIGNATURE

1



BNP PARIBAS

## SCHEDULE "A"

**To Irrevocable Standby Letter of Credit No.  91892434**

| School Name | City, State | OPE ID |
|---|---|---|
| The Art Institute of Atlanta | Atlanta, GA | 009270-00 |
| The Art Institute of Colorado | Denver, CO | 020789-00 |
| The Art Institute of California – Los Angeles | Santa Monica, CA | 007236-00 |
| The Art Institute of California – San Diego | San Diego, CA | 023276-00 |
| The Art Institute of Charlotte | Charlotte, NC | 021105-00 |
| The Art Institute of Dallas | Dallas, TX | 025396-00 |
| The Art Institute of Fort Lauderdale | Ft Lauderdale, FL | 010195-00 |
| The Art Institute of Houston | Houston, TX | 021171-00 |
| The Art Institute of Las Vegas | Henderson, NV | 030846-00 |
| The Art Institutes International Minnesota | Minneapolis, MN | 010248-00 |
| Miami International University of Art & Design | Miami, FL | 008878-00 |
| The Art Institute of New York City | New York, NY | 025256-00 |
| The Art Institute of Pittsburgh | Pittsburgh, PA | 007470-00 |
| The Art Institute of Portland | Portland, OR | 007819-00 |
| The Art Institute of Philadelphia | Philadelphia, PA | 008350-00 |
| The Art Institute of Phoenix | Phoenix, AZ | 040516-00 |
| The Art Institute of Seattle | Seattle, WA | 022013-00 |
| Bradley Academy of the Visual Arts | York, PA | 025578-00 |
| California Design College | Los Angeles, CA | 031254-00 |
| The Illinois Institute of Art | Chicago, IL | 012584-00 |
| New England Institute of Art | Boston, MA | 007486-00 |
| Argosy University | Chicago, IL | 021799-00 |
| Western State University | Fullerton, CA | 010832-00 |
| South University | Savannah, GA | 013039-00 |
| Brown Mackie College – Cincinnati | Cincinnati, OH | 005127-00 |
| Brown Mackie College – Findlay | Findlay, OH | 026162-00 |
| Brown Mackie College – Louisville | Louisville, KY | 021082-00 |
| Brown Mackie College – Merrillville | Merrillville, IN | 021032-00 |
| Brown Mackie College – N Canton | N Canton, OH | 030778-00 |
| Brown Mackie College – Salina | Salina, KS | 006755-00 |
| Brown Mackie College – S Bend | S Bend, IN | 004583-00 |

1

 **BNP PARIBAS**

                              BNP PARIBAS NEW YORK BRANCH
                              TRADE SERVICES OPERATIONS
                              787 SEVENTH AVENUE
                              NEW YORK, N.Y. 10019

                                   DATE: MARCH 19, 2008

THIS REPLACES AND SUPERSEDES OUR AMENDMENT OF MARCH 17, 2008

     AMENDMENT NO. 1 TO IRREVOCABLE LETTER OF CREDIT 91892434

SECRETARY, U.S. DEPARTMENT OF EDUCATION
SCHOOL ELIGIBILITY CHANNEL
PERFORMANCE IMPROVEMENT AND PROCEDURES
830 FIRST STREET, NE, ROOM 74D3
WASHINGTON,  DC 20002
ATTN: JIM TILTON

GENTLEMEN,

OUR CLIENT, EDUCATION MANAGEMENT, LLC, HAS REQUESTED US TO ADVISE YOU
THAT STANDBY LETTER OF CREDIT NUMBER 91892434 ISSUED IN YOUR FAVOR BY
ORDER OF THEMSELVES AND FOR THE ACCOUNT OF: AS INDICATED IN
"SCHEDULE A" ATTACHED IN THE ORIGINAL CREDIT (SCHEDULE A LISTS ALL
INSTITUTIONS OWNED IN WHOLE OR IN PART BY EDUCATION MANAGEMENT
CORPORATION ("EDMC") THAT PARTICIPATE IN THE FEDERAL STUDENT AID
PROGAMS), IS AMENDED AS FOLLOWS:

THE LETTER OF CREDIT AMOUNT HAS BEEN INCREASED BY U.S. $4,019,000.00
THEREBY MAKING THE TOTAL VALUE NOW TO READ: U.S. $91,919,000.00.

ALL OTHER TERMS AND CONDITIONS OF THIS CREDIT REMAIN UNCHANGED.


BNP PARIBAS NEW YORK BRANCH
BY: BNP PARIBAS RCC, INC., AS AUTHORIZED AGENT


_____          _____
AUTHORIZED SIGNATURE               AUTHORIZED SIGNATURE

 **BNP PARIBAS**

BNP PARIBAS NEW YORK BRANCH
TRADE SERVICES OPERATIONS
787 SEVENTH AVENUE
NEW YORK, N.Y. 10019

DATE: MARCH 17, 2008

AMENDMENT NO. 2 TO IRREVOCABLE LETTER OF CREDIT 91892434

SECRETARY, U.S. DEPARTMENT OF EDUCATION
SCHOOL ELIGIBILITY CHANNEL
PERFORMANCE IMPROVEMENT AND PROCEDURES
830 FIRST STREET, NE, ROOM 74D3
WASHINGTON,  DC 20002
ATTN: JIM TILTON

GENTLEMEN,

OUR CLIENT, EDUCATION MANAGEMENT, LLC, HAS REQUESTED US TO ADVISE YOU
THAT STANDBY LETTER OF CREDIT NUMBER 91892434 ISSUED IN YOUR FAVOR BY
ORDER OF THEMSELVES AND FOR THE ACCOUNT OF: AS INDICATED IN
"SCHEDULE A" ATTACHED IN THE ORIGINAL CREDIT (SCHEDULE A LISTS ALL
INSTITUTIONS OWNED IN WHOLE OR IN PART BY EDUCATION MANAGEMENT
CORPORATION ("EDMC") THAT PARTICIPATE IN THE FEDERAL STUDENT AID
PROGRAMS), IS AMENDED AS FOLLOWS:

EXPIRATION DATED EXTENDED TO JUNE 30, 2009.

ALL OTHER TERMS AND CONDITIONS OF THIS CREDIT REMAIN UNCHANGED.

CERTAIN ADMINISTRATIVE SERVICES FOR BNP PARIBAS MAY BE PROVIDED BY
BNP PARIBAS RCC, INC. A WHOLLY OWNED SUBSIDIARY OF BNP PARIBAS.

DOCUMENTS MUST BE PRESENTED TO BNP PARIBAS NEW YORK BRANCH IN ONE
LOT VIA COURIER TO: BNP PARIBAS NEW YORK BRANCH, EQUITABLE TOWER, 787
SEVENTH AVENUE, NEW YORK, NY 10019, ATTN: TRADE FINANCE SERVICES, OR
TO BNP PARIBAS RCC, INC., NEWPORT TOWER, 525 WASHINGTON BOULEVARD,
SUITE 188, JERSEY CITY, NJ 07310, ATTN: TRADE FINANCE SERVICES.

BNP PARIBAS NEW YORK BRANCH
BY: BNP PARIBAS RCC, INC., AS AUTHORIZED AGENT

_____          _____
AUTHORIZED SIGNATURE               AUTHORIZED SIGNATURE

 **BNP PARIBAS**

```
                              BNP PARIBAS NEW YORK BRANCH
                              TRADE SERVICES OPERATIONS
                              787 SEVENTH AVENUE
                              NEW YORK, N.Y. 10019

                                   DATE: MARCH 27, 2008
```

THIS REPLACES AND SUPERSEDES OUR AMENDMENTS NOS. 1 AND 2 OF
MARCH 17,2008 AND AMENDMENT NO. 1 OF MARCH 19, 2008.

    AMENDMENT NO. 3 TO IRREVOCABLE LETTER OF CREDIT 91892434

SECRETARY, U.S. DEPARTMENT OF EDUCATION
SCHOOL ELIGIBILITY CHANNEL
PERFORMANCE IMPROVEMENT AND PROCEDURES
830 FIRST STREET, NE, ROOM 74D3
WASHINGTON, DC  20002
ATTN: JIM TILTON

GENTLEMEN,

OUR CLIENT, EDUCATION MANAGEMENT, LLC, HAS REQUESTED US TO ADVISE YOU
THAT STANDBY LETTER OF CREDIT NUMBER 91892434 ISSUED IN YOUR FAVOR BY
ORDER OF THEMSELVES AND FOR ACCOUNT OF: AS INDICATED IN
"SCHEDULE A" ATTACHED IN THE ORIGINAL CREDIT (SCHEDULE A LISTS ALL
INSTITUTIONS OWNED IN WHOLE OR IN PART BY EDUCATION MANAGEMENT
CORPORATION ("EDMC") THAT PARTICIPATE IN THE FEDERAL STUDENT AID
PROGRAMS), IS AMENDED AS FOLLOWS:

LETTER OF CREDIT AMOUNT HAS BEEN INCREASED BY U.S. $4,019,000.00
THEREBY MAKING THE TOTAL VALUE NOW TO READ: U.S. $91,919,000.00.

EXPIRATION DATE EXTENDED TO JUNE 30, 2009.

ALL OTHER TERMS AND CONDITIONS OF THIS CREDIT REMAIN UNCHANGED.

CERTAIN ADMINISTRATIVE SERVICES FOR BNP PARIBAS MAY BE PROVIDED BY
BNP PARIBAS RCC, INC. A WHOLLY OWNED SUBSIDARY OF BNP PARIBAS.

DOCUMENTS MUST BE PRESENTED TO BNP PARIBAS NEW YORK BRANCH IN ONE LOT
VIA COURIER TO: BNP PARIBAS NEW YORK BRANCH, EQUITABLE TOWER, 787
SEVENTH AVENUE, NEW YORK, NY 10019, ATTN: TRADE FINANCE SERVICES OR
TO BNP PARIBAS RCC, INC., NEWPORT TOWER, 525 WASHINGTON BOULEVARD,
SUITE 188, JERSEY CITY, NJ 07310, ATTN: TRADE FINANCE SERVICES.


BNP PARIBAS NEW YORK BRANCH
BY: BNP PARIBAS RCC, INC., AS AUTHORIZED AGENT


_____        _____
AUTHORIZED SIGNATURE                  AUTHORIZED SIGNATURE

 **BNP PARIBAS**

BNP PARIBAS
TRADE SERVICES OPERATIONS
787 SEVENTH AVENUE
NEW YORK, NY 10019

DATE: MARCH 09, 2009

AMENDMENT NO. 4 TO IRREVOCABLE LETTER OF CREDIT 91892434

BENEFICIARY:
SECRETARY, U.S. DEPARTMENT OF EDUCATION
SCHOOL ELIGIBILITY CHANNEL
830 FIRST STREET, NE, ROOM 74D3
WASHINGTON, DC 20002
ATTN: JIM TILTON

GENTLEMEN,

OUR CLIENT, EDUCATION MANAGEMENT, LLC, HAS REQUESTED US TO ADVISE YOU
THAT STANDBY LETTER OF CREDIT NUMBER 91892434 ISSUED IN YOUR FAVOR
FOR ACCOUNT OF: AS INDICATED IN "SCHEDULE A" (SCHEDULE A LISTS ALL
INSTITUTIONS OWNED IN WHOLE OR IN PART BY EDUCATION MANAGEMENT
CORPORATION ("EDMC") THAT PARTICIPATE IN THE FEDERAL STUDENT AID
PROGRAMS), ATTACHED HERETO, IS AMENDED AS FOLLOWS:

THE LETTER OF CREDIT AMOUNT HAS BEEN INCREASED BY U.S. $28,605,772.00
THEREBY MAKING THE TOTAL VALUE NOW TO READ: U.S. $120,524,772.00.

EXPIRATION DATE EXTENDED TO JUNE 30, 2010.

ALL OTHER TERMS AND CONDITIONS OF THIS CREDIT REMAIN UNCHANGED.


BNP PARIBAS
BY: BNP PARIBAS RCC, INC., AS AUTHORIZED AGENT

_____          _____
AUTHORIZED SIGNATURE                AUTHORIZED SIGNATURE

 **BNP PARIBAS**

## SCHEDULE "A"

### To Irrevocable Standby Letter of Credit No.  91892434

| School Name | City, State | OPE ID |
|---|---|---|
| The Art Institute of Atlanta | Atlanta, GA | 009270-00 |
| The Art Institute of Colorado | Denver, CO | 020789-00 |
| The Art Institute of California – Los Angeles | Santa Monica, CA | 007236-00 |
| The Art Institute of California – San Diego | San Diego, CA | 023276-00 |
| The Art Institute of Charlotte | Charlotte, NC | 021105-00 |
| The Art Institute of Dallas | Dallas, TX | 025396-00 |
| The Art Institute of Fort Lauderdale | Ft Lauderdale, FL | 010195-00 |
| The Art Institute of Houston | Houston, TX | 021171-00 |
| The Art Institute of Las Vegas | Henderson, NV | 030846-00 |
| The Art Institutes International Minnesota | Minneapolis, MN | 010248-00 |
| Miami International University of Art & Design | Miami, FL | 008878-00 |
| The Art Institute of New York City | New York, NY | 025256-00 |
| The Art Institute of Pittsburgh | Pittsburgh, PA | 007470-00 |
| The Art Institute of Portland | Portland, OR | 007819-00 |
| The Art Institute of Philadelphia | Philadelphia, PA | 008350-00 |
| The Art Institute of Phoenix | Phoenix, AZ | 040513-00 |
| The Art Institute of Seattle | Seattle, WA | 022913-00 |
| The Art Institute of Tucson | Tucson, AZ | 037405-00 |
| The Art Institute of York Pennsylvania | York, PA | 025578-00 |
| The Art Institute of California Hollywood | Los Angeles, CA | 031254-00 |
| The Illinois Institute of Art | Chicago, IL | 012584-00 |
| New England Institute of Art | Boston, MA | 007486-00 |
| Argosy University | Chicago, IL | 021799-00 |
| Western State University | Fullerton, CA | 010832-00 |
| South University | Savannah, GA | 013039-00 |
| Brown Mackie College – Cincinnati | Cincinnati, OH | 005127-00 |
| Brown Mackie College – Findlay | Findlay, OH | 026162-00 |
| Brown Mackie College – Salina | Salina, KS | 006755-00 |
| Brown Mackie College – S Bend | S Bend, IN | 004583-00 |
| Brown Mackie College – Tucson | Tucson, AZ | 009451-00 |

 **BNP PARIBAS**

```
                              BNP PARIBAS
                              TRADE SERVICES OPERATIONS
                              787 SEVENTH AVENUE
                              NEW YORK, NY 10019

                                   DATE: MARCH 16, 2010
```

AMENDMENT NO. 5 TO IRREVOCABLE LETTER OF CREDIT 91892434

BENEFICIARY:
SECRETARY, U.S. DEPARTMENT OF EDUCATION
SCHOOL ELIGIBILITY CHANNEL
830 FIRST STREET, NE, ROOM 74D3
WASHINGTON, DC 20002
ATTN: JIM TILTON

GENTLEMEN,

OUR CLIENT, EDUCATION MANAGEMENT, LLC, HAS REQUESTED US TO ADVISE YOU
THAT STANDBY LETTER OF CREDIT NUMBER 91892434 ISSUED IN YOUR FAVOR
FOR ACCOUNT OF THEMSELVES AND FOR THE ACCOUNT OF: AS INDICATED IN
"SCHEDULE A" ATTACHED IN THE ORIGINAL CREDIT, (SCHEDULE A LISTS ALL
INSTITUTIONS OWNED IN WHOLE OR IN PART BY EDUCATION MANAGEMENT
CORPORATION ("EDMC") THAT PARTICIPATE IN THE FEDERAL STUDENT AID
PROGRAMS), IS AMENDED AS FOLLOWS:

THE EXPIRATION DATE NOW TO READ: JUNE 30, 2011.

THE LETTER OF CREDIT AMOUNT HAS BEEN INCREASED BY U.S. $52,683,600.00
THEREBY MAKING THE TOTAL VALUE NOW TO READ: U.S. $173,208,372.00.

ALL OTHER TERMS AND CONDITIONS OF THIS CREDIT REMAIN UNCHANGED.

KINDLY ADDRESS ALL CORRESPONDENCE REGARDING THIS LETTER OF CREDIT TO
ATTENTION OF OUR TRADE FINANCE SERVICES, ATTENTION: DAVID PEREZ
TELEPHONE 201-850-6376.

BNP PARIBAS
BY: BNP PARIBAS RCC, INC., AS AUTHORIZED AGENT

AUTHORIZED SIGNATURE              AUTHORIZED SIGNATURE



**BNP PARIBAS**
CORPORATE & INVESTMENT BANKING

BNP PARIBAS
TRADE FINANCE SERVICES
787 SEVENTH AVENUE
NEW YORK, NY 10019

DATE:              APRIL 08, 2011

LETTER OF CREDIT NO.: 91892434

AMENDMENT NO. 6 TO IRREVOCABLE LETTER OF CREDIT 91892434

BENEFICIARY:
SECRETARY, U.S. DEPARTMENT OF EDUCATION
SCHOOL ELIGIBILITY CHANNEL
PERFORMANCE IMPROVEMENT AND PROCEDURES
830 FIRST STREET, NE, ROOM 74D3
WASHINGTON, DC 20002
ATTN: VERONICA PICKETT, DIRECTOR

GENTLEMEN,

OUR CLIENT, EDUCATION MANAGEMENT, LLC, HAS REQUESTED US TO ADVISE YOU
THAT STANDBY LETTER OF CREDIT NUMBER 91892434 ISSUED IN YOUR FAVOR FOR
ACCOUNT OF THEMSELVES AND FOR ACCOUNT OF: AS INDICATED IN 'SCHEDULE A'
(SCHEDULE A LISTS ALL INSTITUTIONS OWNED IN WHOLE OR IN PART BY
EDUCATION MANAGEMENT CORPORATION ('EDMC') THAT PARTICIPATE IN THE
FEDERAL STUDENT AID PROGRAMS), IS AMENDED AS
FOLLOWS:

THE EXPIRATION DATE NOW TO READ: JUNE 1, 2012.

THE LETTER OF CREDIT AMOUNT HAS BEEN INCREASED BY U.S. $1,791,628.00

THEREBY MAKING THE TOTAL VALUE NOW TO READ: U.S. $175,000,000.00.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

KINDLY ADDRESS ALL CORRESPONDENCE REGARDING THIS LETTER OF CREDIT TO
ATTN: OF DAVID PEREZ, TRADE FINANCE SERVICES, TELEPHONE 201-850-6376.


THIS AMENDMENT IS AN INTEGRAL PART OF THE LETTER OF CREDIT, ALL OTHER
TERMS AND CONDITIONS OF THE LETTER OF CREDIT REMAIN UNCHANGED.


**Page 1 of 2**


**BNP PARIBAS**
CORPORATE & INVESTMENT BANKING

Page: 2
Reference No.: 91892434

BNP PARIBAS

BY: BNP PARIBAS RCC, INC., AS AUTHORIZED AGENT

BY: _____    BY: _____

   AUTHORIZED SIGNATURE        AUTHORIZED SIGNATURE

Page 2 of 2



**BNP PARIBAS**
CORPORATE & INVESTMENT BANKING

BNP PARIBAS
TRADE SERVICES OPERATIONS
787 SEVENTH AVENUE
NEW YORK, NY 10019


DATE: MARCH 30, 2012

  AMENDMENT NO. 7 TO IRREVOCABLE LETTER OF CREDIT 91892434

BENEFICIARY:
SECRETARY, U.S. DEPARTMENT OF EDUCATION
SCHOOL ELIGIBILITY CHANNEL
PERFORMANCE IMPROVEMENT AND PROCEDURES
830 FIRST STREET, NE, ROOM 74D3
WASHINGTON, DC 20002
ATTN: JIM TILTON

GENTLEMEN,

OUR CLIENT, EDUCATION MANAGEMENT, LLC, HAS REQUESTED US TO ADVISE YOU
THAT STANDBY LETTER OF CREDIT NUMBER 91892434 ISSUED IN YOUR FAVOR FOR
ACCOUNT OF THEMSELVES AND FOR ACCOUNT OF: AS INDICATED IN "SCHEDULE A"
(SCHEDULE A LISTS ALL INSTITUTIONS OWNED IN WHOLE OR IN PART BY
EDUCATION MANAGEMENT CORPORATION ("EDMC") THAT PARTICIPATE IN THE
FEDERAL STUDENT AID PROGRAMS), IS AMENDED AS FOLLOWS:

THE EXPIRATION DATE NOW TO READ: JUNE 1, 2013.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

KINDLY ADDRESS ALL CORRESPONDENCE REGARDING THIS LETTER OF CREDIT TO
ATTN: OF DAVID PEREZ, TRADE FINANCE SERVICES, TELEPHONE 201-850-6376.


BNP PARIBAS
BY: BNP PARIBAS RCC, INC., AS AUTHORIZED AGENT


_____         _____
AUTHORIZED SIGNATURE                     AUTHORIZED SIGNATURE




**Page 1 of 1**



**BNP PARIBAS**
CORPORATE & INVESTMENT BANKING

BNP PARIBAS
TRADE SERVICES OPERATIONS
787 SEVENTH AVENUE
NEW YORK, NY 10019

DATE: MAY 6, 2013

AMENDMENT TO IRREVOCABLE LETTER OF CREDIT 91892434

BENEFICIARY:
SECRETARY, U.S. DEPARTMENT OF EDUCATION
SCHOOL ELIGIBILITY CHANNEL
PERFORMANCE IMPROVEMENT AND PROCEDURES
830 FIRST STREET, NE, ROOM 74D3
WASHINGTON, DC 20002
ATTN: JIM TILTON

GENTLEMEN,

OUR CLIENT, EDUCATION MANAGEMENT, LLC, HAS REQUESTED US TO ADVISE YOU
THAT STANDBY LETTER OF CREDIT NUMBER 91892434 ISSUED IN YOUR FAVOR FOR
ACCOUNT OF THEMSELVES AND FOR ACCOUNT OF: AS INDICATED IN "SCHEDULE A"
(SCHEDULE A LISTS ALL INSTITUTIONS OWNED IN WHOLE OR IN PART BY
EDUCATION MANAGEMENT CORPORATION ("EDMC") THAT PARTICIPATE IN THE
FEDERAL STUDENT AID PROGRAMS), IS AMENDED AS FOLLOWS:

THE EXPIRATION DATE NOW TO READ: MAY 31, 2014.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

KINDLY ADDRESS ALL CORRESPONDENCE REGARDING THIS LETTER OF CREDIT TO
ATTN: OF DAVID PEREZ, TRADE FINANCE SERVICES, TELEPHONE 201-850-6376.


BNP PARIBAS
BY: BNP PARIBAS RCC, INC., AS AUTHORIZED AGENT


_____        _____
AUTHORIZED SIGNATURE                    AUTHORIZED SIGNATURE


Page 1 of 1


**BNP PARIBAS**
CORPORATE & INVESTMENT BANKING

BNP PARIBAS
EQUITABLE TOWER
787 SEVENTH AVENUE
NEW YORK, NY 10019

AMENDMENT TO IRREVOCABLE LETTER OF CREDIT NO. 91892434

DATE: APRIL 24, 2014

BENEFICIARY:
SECRETARY, U.S. DEPARTMENT OF EDUCATION
SCHOOL ELIGIBILITY CHANNEL
PERFORMANCE IMPROVEMENT AND PROCEDURES
830 FIRST STREET, NE, ROOM 74D3
WASHINGTON, DC 20002
ATTN: JIM TILTON

GENTLEMEN,

OUR CLIENT, EDUCATION MANAGEMENT, LLC, HAS REQUESTED US TO ADVISE YOU
THAT STANDBY LETTER OF CREDIT NUMBER 91892434 ISSUED IN YOUR FAVOR FOR
ACCOUNT OF THEMSELVES AND FOR ACCOUNT OF: AS INDICATED IN "SCHEDULE A"
(SCHEDULE A LISTS ALL INSTITUTIONS OWNED IN WHOLE OR IN PART BY
EDUCATION MANAGEMENT CORPORATION ("EDMC") THAT PARTICIPATE IN THE
FEDERAL STUDENT AID PROGRAMS), IS AMENDED AS FOLLOWS:

-- LETTER OF CREDIT AMOUNT HAS BEEN DECREASED BY U.S. $46,409,778.00
THEREBY MAKING THE TOTAL VALUE NOW TO READ: U.S. $102,168,215.00

THE EXPIRATION DATE NOW TO READ: MAY 31, 2015.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

BENEFICIARY APPROVED THIS LETTER OF CREDIT AMOUNT DECREASED VIA THEIR
LETTER DATED APRIL 21, 2014.

CERTAIN ADMINISTRATIVE SERVICES FOR BNP PARIBAS MAY BE PROVIDED BY BNP
PARIBAS RCC, INC., BNP PARIBAS (CANADA) OR ANY DIRECT OR INDIRECT
MAJORITY OWNED SUBSIDIARY OF BNP PARIBAS.

BNP PARIBAS
BY: BNP PARIBAS RCC, INC., AS AUTHORIZED AGENT

BY: _____    BY: _____
       AUTHORIZED SIGNATURE              AUTHORIZED SIGNATURE

Page 1 of 1


**BNP PARIBAS**
CORPORATE & INVESTMENT BANKING

BNP PARIBAS
TRADE FINANCE SERVICES
787 SEVENTH AVENUE
NEW YORK, NY 10019

DATE: JANUARY 05, 2015

LC REF NO.: 91892434

BNP PARIBAS
EQUITABLE TOWER
787 SEVENTH AVENUE
NEW YORK, NY 10019

AMENDMENT TO IRREVOCABLE LETTER OF CREDIT NO. 91892434

DATE:  JANUARY 5, 2015

BENEFICIARY:
SECRETARY, U.S. DEPARTMENT OF EDUCATION
SCHOOL ELIGIBILITY CHANNEL
PERFORMANCE IMPROVEMENT AND PROCEDURES
830 FIRST STREET, NE, ROOM 74D3
WASHINGTON, DC 20002
ATTN: JIM TILTON

GENTLEMEN,

OUR CLIENT, EDUCATION MANAGEMENT, LLC, HAS REQUESTED US TO ADVISE YOU
THAT STANDBY LETTER OF CREDIT NUMBER 91892434 ISSUED IN YOUR FAVOR FOR
ACCOUNT OF THEMSELVES AND FOR ACCOUNT OF: AS INDICATED IN "SCHEDULE A"
(SCHEDULE A LISTS ALL INSTITUTIONS OWNED IN WHOLE OR IN PART BY
EDUCATION MANAGEMENT CORPORATION ("EDMC") THAT PARTICIPATE IN THE
FEDERAL STUDENT AID PROGRAMS), IS AMENDED AS FOLLOWS:

APPLICANT NAME NOW TO READ:  EDUCATION MANAGEMENT II LLC

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

PLEASE SIGN THE ATTACHED COPY OF THIS AMENDMENT TO SIGNIFY YOUR
ACCEPTANCE TO THIS AMENDMENT AND RETURN TO US ATTENTION LETTER OF CREDIT
DEPARTMENT TO OUR FAX NO.
201-616-7913.

AMENDMENT ACCEPTED: _____
                     AUTHORIZED SIGNATURE

Page 1 of 2



**BNP PARIBAS**
CORPORATE & INVESTMENT BANKING

Page: 2
Reference No.: 91892434

CERTAIN ADMINISTRATIVE SERVICES FOR BNP PARIBAS MAY BE PROVIDED BY BNP
PARIBAS RCC, INC., BNP PARIBAS, THROUGH ITS CANADA BRANCH, OR ANY DIRECT
OR INDIRECT MAJORITY OWNED SUBSIDIARY OF BNP PARIBAS.

BNP PARIBAS
BY: BNP PARIBAS RCC, INC., AS AUTHORIZED AGENT

BY: _____        BY: _____
    AUTHORIZED SIGNATURE          AUTHORIZED SIGNATURE


THIS AMENDMENT IS AN INTEGRAL PART OF THE LETTER OF CREDIT, ALL OTHER
TERMS AND CONDITIONS OF THE LETTER OF CREDIT REMAIN UNCHANGED.

CERTAIN ADMINISTRATIVE SERVICES FOR BNP PARIBAS MAY BE PROVIDED BY BNP
PARIBAS RCC, INC., BNP PARIBAS, THROUGH ITS CANADA BRANCH, OR ANY DIRECT
OR INDIRECT MAJORITY OWNED SUBSIDIARY OF BNP PARIBAS.


BNP PARIBAS

BY: BNP PARIBAS RCC, INC., AS AUTHORIZED AGENT

BY: _____        BY: _____
    AUTHORIZED SIGNATURE          AUTHORIZED SIGNATURE



Page 2 of 2


**BNP PARIBAS**
CORPORATE & INVESTMENT BANKING

BNP PARIBAS
TRADE SERVICES OPERATIONS
787 SEVENTH AVENUE
NEW YORK, NY 10019

DATE: MAY 6, 2015

AMENDMENT TO IRREVOCABLE LETTER OF CREDIT 91892434

BENEFICIARY:
SECRETARY, U.S. DEPARTMENT OF EDUCATION
SCHOOL ELIGIBILITY CHANNEL
PERFORMANCE IMPROVEMENT AND PROCEDURES
830 FIRST STREET, NE, ROOM 74D3
WASHINGTON, DC 20002
ATTN: JIM TILTON

GENTLEMEN,

OUR CLIENT, EDUCATION MANAGEMENT II LLC, HAS REQUESTED US TO ADVISE YOU
THAT STANDBY LETTER OF CREDIT NUMBER 91892434 ISSUED IN YOUR FAVOR FOR
ACCOUNT OF THEMSELVES AND FOR ACCOUNT OF: AS INDICATED IN "SCHEDULE A"
(SCHEDULE A LISTS ALL INSTITUTIONS OWNED IN WHOLE OR IN PART BY
EDUCATION MANAGEMENT CORPORATION ("EDMC") THAT PARTICIPATE IN THE
FEDERAL STUDENT AID PROGRAMS), IS AMENDED AS FOLLOWS:

THE EXPIRATION DATE NOW TO READ: MAY 31, 2016.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

KINDLY ADDRESS ALL CORRESPONDENCE REGARDING THIS LETTER OF CREDIT TO
ATTN: OF DAVID PEREZ, TRADE FINANCE SERVICES, TELEPHONE 201-850-6376.

CERTAIN ADMINISTRATIVE SERVICES FOR BNP PARIBAS MAY BE PROVIDED BY BNP
PARIBAS RCC, INC., BNP PARIBAS, THROUGH ITS CANADA BRANCH, OR ANY DIRECT
OR INDIRECT MAJORITY OWNED SUBSIDIARY OF BNP PARIBAS.

BNP PARIBAS
BY: BNP PARIBAS RCC, INC., AS AUTHORIZED AGENT


AUTHORIZED SIGNATURE                    AUTHORIZED SIGNATURE

Page 1 of 1



**BNP PARIBAS**
CORPORATE & INVESTMENT BANKING

BNP PARIBAS
TRADE SERVICES OPERATIONS
787 SEVENTH AVENUE
NEW YORK, NY 10019

DATE: APRIL 26, 2016

~~AMENDMENT TO IRREVOCABLE LETTER OF CREDIT 04141468 (FORMERLY 91892434)~~

BENEFICIARY:
SECRETARY, U.S. DEPARTMENT OF EDUCATION
SCHOOL ELIGIBILITY CHANNEL
PERFORMANCE IMPROVEMENT AND PROCEDURES
830 FIRST STREET, NE, ROOM 74D3
WASHINGTON, DC 20002
ATTN: JIM TILTON

GENTLEMEN,

OUR CLIENT, EDUCATION MANAGEMENT II LLC, HAS REQUESTED US TO ADVISE YOU
THAT STANDBY LETTER OF CREDIT NUMBER 04141468 (FORMERLY 91892434) ISSUED
IN YOUR FAVOR FOR ACCOUNT OF THEMSELVES AND FOR ACCOUNT OF: AS INDICATED
IN "SCHEDULE A" (SCHEDULE A LISTS ALL INSTITUTIONS OWNED IN WHOLE OR IN
PART BY EDUCATION MANAGEMENT CORPORATION ("EDMC") THAT PARTICIPATE IN
THE FEDERAL STUDENT AID PROGRAMS), IS AMENDED AS FOLLOWS:

THE EXPIRATION DATE NOW TO READ: MAY 31, 2017.

LETTER OF CREDIT NUMBER NOW TO READ: 04141468.

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

KINDLY ADDRESS ALL CORRESPONDENCE REGARDING THIS LETTER OF CREDIT TO
ATTN: OF DAVID PEREZ, TRADE FINANCE SERVICES, TELEPHONE 201-850-6376.

CERTAIN ADMINISTRATIVE SERVICES FOR BNP PARIBAS MAY BE PROVIDED BY BNP
PARIBAS RCC, INC., BNP PARIBAS, THROUGH ITS CANADA BRANCH, OR ANY DIRECT
OR INDIRECT MAJORITY OWNED SUBSIDIARY OF BNP PARIBAS.

BNP PARIBAS
BY: BNP PARIBAS RCC, INC., AS AUTHORIZED AGENT

_____          _____
AUTHORIZED SIGNATURE              AUTHORIZED SIGNATURE


Page 1 of 1


**BNP PARIBAS**
CORPORATE & INVESTMENT BANKING

BNP PARIBAS
TRADE FINANCE SERVICES
787 SEVENTH AVENUE
NEW YORK, NY 10019

DATE: APRIL 3, 2017

BENEFICIARY:
SECRETARY, U.S. DEPARTMENT OF EDUCATION
SCHOOL ELIGIBILITY CHANNEL
PERFORMANCE IMPROVEMENT AND PROCEDURES
830 FIRST STREET, NE, ROOM 74D3
WASHINGTON, DC 20002
ATTN: JIM TILTON

LETTER OF CREDIT NUMBER: 04141468

OUR CLIENT, EDUCATION MANAGEMENT II LLC, HAS REQUESTED US TO ADVISE YOU
THAT STANDBY LETTER OF CREDIT NUMBER 04141468 (FORMERLY 91892434) ISSUED
IN YOUR FAVOR FOR ACCOUNT OF THEMSELVES AND FOR ACCOUNT OF: AS INDICATED
IN "SCHEDULE A" (SCHEDULE A LISTS ALL INSTITUTIONS OWNED IN WHOLE OR IN
PART BY EDUCATION MANAGEMENT CORPORATION ("EDMC") THAT PARTICIPATE IN
THE FEDERAL STUDENT AID PROGRAMS), IS AMENDED AS FOLLOWS:

EXPIRATION DATE AMENDED TO: MAY 31, 2018

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

THIS AMENDMENT IS AN INTEGRAL PART OF THE LETTER OF CREDIT, ALL OTHER
TERMS AND CONDITIONS OF THE LETTER OF CREDIT REMAIN UNCHANGED.

CERTAIN ADMINISTRATIVE SERVICES FOR BNP PARIBAS MAY BE PROVIDED BY BNP
PARIBAS RCC, INC., BNP PARIBAS, THROUGH ITS CANADA BRANCH, OR ANY DIRECT
OR INDIRECT MAJORITY OWNED SUBSIDIARY OF BNP PARIBAS.

BNP PARIBAS
BY: BNP PARIBAS RCC, INC., AS AUTHORIZED AGENT

BY: _____        BY: _____
    AUTHORIZED SIGNATURE                AUTHORIZED SIGNATURE

Page 1 of 1