IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EDUCATION CREDITOR TRUST, et al.,  )
                            )
           Plaintiffs,        )
                            )
      v.                   )      No. 24-775C
                            )      (Senior Judge Eric G. Bruggink)
THE UNITED STATES,         )
                            )
          Defendant.        )

## **DEFENDANT'S STATUS REPORT**

Further to the Court's instructions during the January 28, 2025 oral argument in this matter, defendant, the United States, respectfully files this status report to inform the Court that we respectfully request until February 28, 2025 to file an answer to plaintiffs' complaint due to scheduling conflicts faced by both Government counsel and agency counsel.  Counsel for plaintiffs advised that plaintiffs consent to the Government's request.

Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General


PATRICIA M. MCCARTHY
Director


/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

OF COUNSEL:

DONNA MANGOLD
Deputy Assistant General Counsel
Department of Education

JACOB LALLO
General Attorney
Department of Education


January 29, 2025

/s/Antonia R. Soares
ANTONIA R. SOARES
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
PO Box 480, Ben Franklin Station
Washington, D.C.  20044
(202) 305-7405 (Telephone)
antonia.soares@usdoj.gov

Attorneys for Defendant