## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EDUCATION CREDITOR TRUST, *et al.*,

                *Plaintiffs*,

v.

THE UNITED STATES,

                *Defendant*.

Case No. 24-775-EGB
(Senior Judge Eric G. Bruggink)

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Plaintiff Education Creditor Trust ("ECT"), through its undersigned counsel, states that it is an express trust and a Delaware statutory trust. The following entities hold an ownership interest of 10% or more in ECT: Banc of America Credit Products, Inc. ("BACP"); Candlewood Holdings, LLC; and Riverton IV LLC. BACP is an indirect, wholly-owned subsidiary of the publicly traded company, Bank of America Corporation.

Plaintiff U.S. Bank Trust Company, National Association, as successor to U.S. Bank National Association, as Administrative Agent and Collateral Agent, through its undersigned counsel, states that U.S. Bank Trust Company, National Association is a national banking association. U.S. Bank Trust Company, National Association is a wholly-owned subsidiary of U.S. Bank National Association. U.S. Bank National Association is a wholly-owned subsidiary of the publicly traded company, U.S. Bancorp.

ny-2938703

Dated: April 2, 2025

By: */s/ James A. Newton*
James A. Newton (NY Reg. No. 4855359)
Andrew Kissner (NY Reg. No. 5507652)
**MORRISON & FOERSTER LLP**
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Email: JNewton@mofo.com
　　　　AKissner@mofo.com

*Counsel of Record to Plaintiff Education Creditor Trust*

By: */s/ Lawrence S. Sher*
Lawrence S. Sher (D.C. Bar No. 430469)
T. Reed Stephens (D.C. Bar No. 440194)
**WINSTON & STRAWN LLP**
1901 L Street, NW
Washington, D.C. 20036
Telephone: (202) 282-5022
Email: LSher@winston.com

*Counsel of Record for Plaintiff U.S. Bank*

Carey D. Schreiber (NY Reg No. 2824662)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-3547
Email: CSchreiber@winston.com

*Of Counsel to Plaintiff U.S. Bank*

ny-2938703