IN THE UNITED STATES COURT OF FEDERAL CLAIMS

EDUCATION CREDITOR TRUST,      )
ET AL.,                        )
                               )
            Plaintiffs,        )
                               )    No. 24-775C
      v.                       )    (Senior Judge Eric G. Bruggink)
                               )
THE UNITED STATES,             )
                               )
            Defendant.         )

## DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests that the Court enter the attached proposed protective order. Plaintiffs do not oppose this motion.

Section I of the proposed protective order will implement Federal Rule of Evidence 502(d) with the same language as Form 14 attached to the RCFC.

Section II of the proposed protective order establishes a clawback procedure, providing for the return of privileged material, in the event any is produced.

Section III of the proposed protective order is an order to provide discoverable Privacy Act information upon proper request, subject to the special handling rules contained in Section VI.

Sections IV, V, VI, and VII of the proposed protective order provide access, handling, and disposition rules for information designated "Confidential" under the rules, and subject to the disputes procedure, prescribed in the order. Confidential information includes information covered by the Privacy Act, and other business and agency sensitive information designated "Confidential."

The parties seek the protections afforded by Section I and its companion clawback

provision contained in Section II to facilitate the exchange of documents by freeing them from undue concern or effort focused on ensuring no privilege is waived.  Nothing in the order prescribes the steps a party must or may take to protect the release of privileged information, nor does it release the parties from the burdens or procedures required to assert a privilege or insulate them from challenges to a claim of privilege.

The parties seek the order described in Section III because plaintiffs have requested that defendant produce information concerning the liabilities of the school owners at issue in this case, which includes student borrower information.  This information may contain personally identifiable information, including but not limited to student names; the names of a student's parents or other family members; the address of students or their families; personal identifiers such as a student's social security number or biometric record; or indirect identifiers such as the student's date of birth, place of birth, and mother's maiden name.  Although, generally speaking, such information is discoverable, defendant may not produce it, inasmuch as the Privacy Act generally prohibits defendant from disclosing this information to parties to whom the information does not "pertain[.]"  5 U.S.C. § 552a(b); *see also id.* § 552a(d)(1).  This prohibition, however, does not apply when disclosure is authorized "pursuant to the order of a court of competent jurisdiction[.]"  *Id.* § 552a(b)(11).  The order the parties seek is such an order, *i.e.,* one issued pursuant to 5 U.S.C. § 552a(b)(11), and one that will permit defendant to comply with its discovery obligations in this suit.

The proposed protective order contains a section 552a(b)(11) order and further provides that information produced in this lawsuit that is subject to the Privacy Act be handled according to the procedures set forth in Sections IV through VII of the proposed protective order.  These handling procedures are designed to further the goals of the Privacy Act by limiting the

distribution of Privacy Act protected materials, imposing conditions on their handling, and restricting their use to the litigation of this case.

    For these reasons, defendant respectfully requests that the Court enter the attached proposed protective order.

<div style="margin-left:40%">

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

/s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

</div>

OF COUNSEL:

JACOB LALLO
General Attorney
Department of Education

/s/Antonia R. Soares
ANTONIA R. SOARES
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
PO Box 480, Ben Franklin Station
Washington, D.C.  20044
(202) 305-7405 (Telephone)
antonia.soares@usdoj.gov

August 28, 2025

Attorneys for Defendant