IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EDUCATION CREDITOR TRUST, et al., ) <br> ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br>       Defendant. ) | No. 24-775C <br> (Senior Judge Eric G. Bruggink) |

### MOTION FOR A STAY OF DISCOVERY IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of discovery in the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and those appropriations to the Department lapsed. The same is true for the majority of other Executive agencies, including the Department of Education. The Department of Justice does not know when such funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees of the Department of Education are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of discovery until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations.

5.      Opposing counsel for plaintiff, Education Creditor Trust, and plaintiff, U.S. Bank Trust Company, National Association (collectively, plaintiffs), object to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of discovery in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

          Respectfully submitted,

          BRETT A. SHUMATE
          Assistant Attorney General

          PATRICIA M. MCCARTHY
          Director

          /s/ Steven J. Gillingham
          STEVEN J. GILLINGHAM
          Assistant Director

OF COUNSEL:

JACOB LALLO
General Attorney
Department of Education

          /s/ Antonia R. Soares
          ANTONIA R. SOARES
          Senior Trial Counsel
          Commercial Litigation Branch
          Civil Division
          Department of Justice
          PO Box 480, Ben Franklin Station
          Washington, D.C. 20530
          (202) 305-7405 (Telephone)
          antonia.soares@usdoj.gov

October 1, 2025

          Attorneys for Defendant