**EXHIBIT A**

| | |
|---|---|
| **From:** | Sher, Larry |
| **To:** | Soares, Antonia (CIV); Buck, Chane; Newton, James A.; Kissner, Andrew; Schreiber, Carey D. |
| **Subject:** | RE: Education Creditor Trust v. US - Lapse Stay Motion - 10 1 25 |
| **Date:** | Wednesday, October 1, 2025 1:47:39 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png |

Antonia:

Please do not misrepresent Plaintiffs' position to the Court in response to your motion. We are under no binary obligation to either simply consent or oppose Defendant's motion without explaining our position. This is not an alternative proposal, it is Plaintiffs' position in response to Defendant's request for consent to your motion. We again politely request that you accurately represent Plaintiffs' exact response to your motion as set forth below.

> Plaintiffs do not object to the requested stay, however, Plaintiffs request that Defendant's counsel notify the Court as soon as Congress has appropriated funds for the Department. Thereafter, Plaintiffs request that the Court order the parties to propose a new schedule with deadlines to be extended no more than is commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by no more than the total number of days of the lapse in appropriations.

If you merely state that Plaintiffs object to your motion, that will be a misrepresentation to the Court.

Thank you.

Larry



**LAWRENCE SHER**
PARTNER

T +1 (202) 282-5022
lsher@winston.com

Bio vCard

**From:** Soares, Antonia (CIV) <Antonia.Soares@usdoj.gov>
**Sent:** Wednesday, October 1, 2025 1:41 PM
**To:** Sher, Larry <LSher@winston.com>; Buck, Chane <CBuck@mofo.com>; Newton, James A. <JNewton@mofo.com>; Kissner, Andrew <AKissner@mofo.com>; Schreiber, Carey D. <CSchreiber@winston.com>
**Subject:** RE: Education Creditor Trust v. US - Lapse Stay Motion - 10 1 25

We informed plaintiffs of what we are requesting and are asking whether you consent or oppose our requested relief.  If you oppose the request, you are free to file a response to the Government's motion explaining the basis for your objection, but we are under no obligation to set forth any alternative proposals that plaintiffs wish to provide to the Court.

**From:** Sher, Larry <LSher@winston.com>
**Sent:** Wednesday, October 1, 2025 1:12 PM
**To:** Soares, Antonia (CIV) <Antonia.Soares@usdoj.gov>; Buck, Chane <CBuck@mofo.com>; Newton, James A. <JNewton@mofo.com>; Kissner, Andrew <AKissner@mofo.com>; Schreiber, Carey D. <CSchreiber@winston.com>
**Subject:** [EXTERNAL] RE: Education Creditor Trust v. US - Lapse Stay Motion - 10 1 25

We authorize you to inform the Court exactly of Plaintiffs' position as stated in our email below.

Thank you.

Larry



**LAWRENCE SHER**
PARTNER

T  +1 (202) 282-5022
lsher@winston.com

Bio vCard

**From:** Soares, Antonia (CIV) <Antonia.Soares@usdoj.gov>
**Sent:** Wednesday, October 1, 2025 1:09 PM
**To:** Sher, Larry <LSher@winston.com>; Buck, Chane <CBuck@mofo.com>; Newton, James A. <JNewton@mofo.com>; Kissner, Andrew <AKissner@mofo.com>; Schreiber, Carey D. <CSchreiber@winston.com>
**Subject:** RE: Education Creditor Trust v. US - Lapse Stay Motion - 10 1 25

Larry,

Again, we are not making modifications to our stay motion.  Shall I inform the Court that plaintiffs object?

Thank you.

Antonia

Antonia R. Soares

Senior Trial Counsel

Department of Justice

Civil Division

Commercial Litigation Branch

P.O. Box 480, Ben Franklin Station

Washington, DC 20044

+ 202-305-7405 (Telephone)

+ 202-598-7592 (Mobile)

+ 202-305-7644 (Facsimile)

antonia.soares@usdoj.gov



*This message may contain privileged and/or confidential information and should be read only by the intended recipient.  If you believe that you have received this message in error, please delete it and inform the sender.*

---

**From:** Sher, Larry <LSher@winston.com>
**Sent:** Wednesday, October 1, 2025 1:03 PM
**To:** Soares, Antonia (CIV) <Antonia.Soares@usdoj.gov>; Buck, Chane <CBuck@mofo.com>; Newton, James A. <JNewton@mofo.com>; Kissner, Andrew <AKissner@mofo.com>; Schreiber, Carey D. <CSchreiber@winston.com>
**Subject:** [EXTERNAL] RE: Education Creditor Trust v. US - Lapse Stay Motion - 10 1 25

Antonia:

Then we request that in your motion you please state Plaintiffs' position that:

> Plaintiffs do not object to the requested stay, however, Plaintiffs request that Defendant's counsel notify the Court as soon as Congress has appropriated funds for the Department. Thereafter, Plaintiffs request that the Court order the parties to propose a new schedule with deadlines to be extended no more than is commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by no more than the total number

of days of the lapse in appropriations.

Thank you.

Larry



Bio vCard

**LAWRENCE SHER**
PARTNER

T  +1 (202) 282-5022
lsher@winston.com

---

**From:** Soares, Antonia (CIV) <Antonia.Soares@usdoj.gov>
**Sent:** Wednesday, October 1, 2025 12:37 PM
**To:** Buck, Chane <CBuck@mofo.com>; Newton, James A. <JNewton@mofo.com>; Kissner, Andrew <AKissner@mofo.com>; Sher, Larry <LSher@winston.com>; Schreiber, Carey D. <CSchreiber@winston.com>
**Subject:** RE: Education Creditor Trust v. US - Lapse Stay Motion - 10 1 25

Chané,

We are not making modifications to our stay motion.  Please advise if you have any objections.

Thank you.

Antonia

---

**From:** Buck, Chane <CBuck@mofo.com>
**Sent:** Wednesday, October 1, 2025 12:24 PM
**To:** Soares, Antonia (CIV) <Antonia.Soares@usdoj.gov>; Newton, James A. <JNewton@mofo.com>; Kissner, Andrew <AKissner@mofo.com>; Sher, Larry <lsher@winston.com>; Schreiber, Carey <cschreiber@winston.com>
**Subject:** [EXTERNAL] RE: Education Creditor Trust v. US - Lapse Stay Motion - 10 1 25

Antonia,

We ask the paragraph 4 be modified as follows:

> If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department.  The Government requests that, at that point, **the parties will propose a new schedule** with deadlines to be extended no more than is ~~all current deadlines for the parties be extended~~ commensurate with the duration of the lapse in appropriations – *i.e.*, each deadline would be extended by **no more than** the

total number of days of the lapse in appropriations.

Thank you,
Chané

**Chane Buck**
Associate
cbuck@mofo.com
T: +1 (212) 336-4255

Morrison Foerster
250 West 55th Street
New York, NY 10019-9601



mofo.com | LinkedIn

---

**From:** Soares, Antonia (CIV) <Antonia.Soares@usdoj.gov>
**Sent:** Wednesday, October 1, 2025 12:04 PM
**To:** Newton, James A. <JNewton@mofo.com>; Buck, Chane <CBuck@mofo.com>; Kissner, Andrew <AKissner@mofo.com>; Sher, Larry <lsher@winston.com>; Schreiber, Carey <cschreiber@winston.com>
**Subject:** Education Creditor Trust v. US - Lapse Stay Motion - 10 1 25

**External Email**

---

Dear Counsel,

Please see the attached motion to stay discovery in this matter due to the lapse of appropriations to the Department of Justice and other federal agencies at the end of the day on September 30, 2025.  Please advise if you consent.  If I do not hear from you by 12:30pm today, I will advise the Court that I was unable to reach counsel to determine their position on the motion.

Thank you.

Best regards,

Antonia R. Soares
Senior Trial Counsel
Department of Justice

Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, DC 20044

+ 202-305-7405 (Telephone)
+ 202-598-7592 (Mobile)
+ 202-305-7644 (Facsimile)
antonia.soares@usdoj.gov



*This message may contain privileged and/or confidential information and should be read only by the intended recipient. If you believe that you have received this message in error, please delete it and inform the sender.*

================================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.