# In the United States Court of Federal Claims

No. 24-775

(Filed: October 2, 2025)

```
* * * * * * * * * * * * * * * * * * * * * * * *
```
EDUCATION CREDITOR TRUST, et al.,

    *Plaintiffs*,

v.

THE UNITED STATES,

    *Defendant*.
```
* * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

Pending is the government's motion to stay due to the appropriations lapse for the Department of Justice. While plaintiff does not oppose a stay, it disagrees with how the matter should proceed when the appropriations lapse is lifted. Accordingly, the following is ordered:

1. The court orders the motion for a stay is granted.

2. Defendant is directed to notify the court promptly after appropriations are restored.

3. Seven days after notice is given, the parties shall submit a joint status report stating their position with respect to further scheduling changes.

                                                  s/Eric G. Bruggink
                                                  ERIC G. BRUGGINK
                                                  Senior Judge