# In the United States Court of Federal Claims

No. 24-775

(Filed: November 17, 2025)

* * * * * * * * * * * * * * * * * * * * * * * *

EDUCATION CREDITOR TRUST, et al.,

    *Plaintiffs*,

v.

THE UNITED STATES,

    *Defendant*.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Defendant has notified the court that Congress has restored appropriations to the Department of Justice (ECF No. 35). Accordingly, the following is ordered:

1. The stay due to the lapse in appropriations is hereby lifted.

2. The parties shall submit a joint status report stating their position on future scheduling changes by November 20, 2025.

                                              s/Eric G. Bruggink  
                                              ERIC G. BRUGGINK  
                                              Senior Judge