IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| EDUCATION CREDITOR TRUST, *et al.*,<br><br>                              *Plaintiffs*,<br><br>   v.<br><br>THE UNITED STATES,<br><br>                              *Defendant*. | Case No. 24-775-EGB<br>(Senior Judge Eric G. Bruggink) |

## JOINT STATUS REPORT

Plaintiffs, Education Creditor Trust (ECT) and U.S. Bank Trust Company, National Association, and defendant, the United States, respectfully submit this Joint Status Report in response to the Court's order dated November 17, 2025 [Docket No. 36], setting forth their proposed revisions to the scheduling order entered on May 30, 2025 [Docket No. 27] (the "May 30 Order"). The proposed extensions to the deadlines set forth in the Court's May 30 Order are commensurate with the 43-day duration of the lapse in appropriations that commenced at the end of the day on September 30, 2025 and ended on November 12, 2025, when Congress appropriated funds to the Department of Justice. Accordingly, the parties propose the following deadlines:

| Event | Original Deadline | Revised Deadline |
|---|---|---|
| Deadline for Joint Status Report (absent further order) | March 6, 2026 | April 20, 2026 |
| Close of Merits Fact Discovery (including on issues of standing, contract privity, and liability) (*see* May 30 Order). | March 31, 2026 | May 13, 2026 |

Further, the Government would like to bring to the Court's attention that a written discovery deadline was impacted by the stay of this matter due to the lapse in appropriations. Accordingly, the Government respectfully requests that the Court include in its discovery

scheduling order clarification that, to the extent any written discovery requests governed by the 30-day deadline under Court's Rules were pending and became due during the stay of this case arising from the 43-day lapse in appropriations, the calculation of the 30-day deadline for such responses should exclude the days in September 2025 and in November 2025 that fell outside of the 43-day period governing the lapse in appropriations.  For example, on September 25, 2025, the Government served plaintiffs with Defendant's First Set of Requests for Admission.  But for the lapse in appropriations and the Government's corresponding need to seek a stay of this matter, plaintiffs' responses to Defendant's First Set of Requests for Admission would have been due on October 27, 2025.  Because the 43-day lapse in appropriations ended on November 12, 2025, plaintiffs' responses to Defendant's First Set of Requests for Admission should be due in 20 days, or by December 8, 2025 — a date which excludes the five days in September 2025 and five days in November 2025 not encompassed by the 43-day lapse in appropriations.

      Plaintiffs request that, with respect to any written discovery deadlines that were pending as of the lapse in appropriations, the Court simply order that all such deadlines be extended by 43 days, subject to any further extensions that may be agreed to among the parties.  Plaintiffs believe that the additional requests by the Government are extraneous to and inappropriate for inclusion in this Joint Status Report.  Plaintiffs intend to comply with their obligations under the RCFC with respect to deadlines for any pending discovery requests (as extended by the agreement of the parties reflected in this Joint Status Report).  Because there were no motions pending before the Court with respect to such requests at the time of the lapse in appropriations, Plaintiffs do not believe it appropriate to address any such specific deadlines in this Joint Status Report, other than to note that all such deadlines have been extended by 43 days.

Respectfully submitted,

| | |
|---|---|
| /s/ James A. Newton<br>JAMES A. NEWTON<br>Morrison & Foerster LLP<br>250 West 55th Street<br>New York, New York 10019-3201<br>Telephone: (212) 468-8000<br>Facsimile: (212) 468-7900<br>Email: JNewton@mofo.com<br><br>*Counsel for Plaintiff Education Creditor Trust*<br><br>/s/ Lawrence S. Sher<br>LAWRENCE S. SHER<br>Winston & Strawn LLP<br>1901 L Street, NW<br>Washington, DC 20036<br>Telephone: 202-282-5022<br>Facsimile: 202-282-5100<br>Email: lsher@winston.com<br><br>*Counsel for Plaintiff U.S. Bank Trust Company, National Association*<br><br><br>November 20, 2025 | BRETT A. SHUMATE<br>Assistant Attorney General<br><br>PATRICIA M. McCARTHY<br>Director<br><br>/s/ Steven J. Gillingham<br>STEVEN J. GILLINGHAM<br>Assistant Director<br><br>/s/ Antonia R. Soares<br>ANTONIA R. SOARES<br>Senior Trial Counsel<br>Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>PO Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 305-7405 (Telephone)<br>antonia.soares@usdoj.gov<br><br>*Attorneys for Defendant*<br><br>OF COUNSEL:<br><br>JACOB LALLO<br>General Attorney<br>Department of Education |