# In the United States Court of Federal Claims

No. 24-775C
(Filed: November 21, 2025)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

EDUCATION CREDITOR TRUST, et al.,

    *Plaintiffs*,

v.

THE UNITED STATES,

    *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On November 20, 2025, the parties filed their joint status report (ECF No. 37). Accordingly, the following discovery schedule is set:

1. The parties shall file a joint status report on or before April 20, 2026.

2. All merits fact discovery (including on issues of standing, contract privity, and liability) shall conclude on May 13, 2026.

3. Any written discovery deadlines that were pending as of the lapse of appropriations shall be extended forty-three days.

                                          s/Eric G. Bruggink
                                          ERIC G. BRUGGINK
                                          Senior Judge