# In the United States Court of Federal Claims

No. 24-775

(Filed: February 4, 2026)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

EDUCATION CREDITOR TRUST, et al.,

    *Plaintiffs*,

v.

THE UNITED STATES,

    *Defendant*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

A third-party in this case, Ms. Nadja Yang, has submitted three sets of documents to the clerk's office: the first on January 26, 2026; the second on January 28, 2026; and the third on this day. The documents appear to be a triplicate submission of an amicus brief along and a motion for leave to file.

The clerk is directed to return the identified submissions to the party unfiled for two reasons. First, there is no motion pending for which an amicus brief would be relevant. Second, the brief does not comply with the Rules of the Court of Federal Claims as outlined in the attached deficiency memoranda. The clerk is also directed to communicate with Ms. Yang for the secure return of the latest filing.

                                      s/Eric G. Bruggink
                                      ERIC G. BRUGGINK
                                      Senior Judge