Docket No. _____

UNITED STATES COURT OF FEDERAL CLAIMS

DEFICIENCY MEMORANDUM

TO:         Judge _____

FROM:      CLERK'S OFFICE

CASE NAME: _____

DOCUMENT TITLE: _____

The attached was received on _____ and the following defect(s) is/are noted:

1.   Untimely, due to be filed by _____ [Rule 7.2]

2.   Not signed [ Rule 11]

3.   Does not comply with the provisions of Rule:

   5.2(a)          Re: redacted filings [Privacy Protection]

   5.4(a)(2)(A)    Re: table of contents or index to appendix is missing (or in wrong location)

   5.4(b)          Re: length of briefs or memorandum

   5.5(g)          Re: Judge's name on all filings

   10(a)           Re: incorrect caption; names of parties

4.   Original affidavit(s)/declaration(s) is/are missing

5.   No provision in the rules (or court order) for filing of this item

6.

_____
Deputy Clerk's Initials

Revised January 2024