Docket No. _____

UNITED STATES COURT OF FEDERAL CLAIMS

DEFICIENCY MEMORANDUM

TO: Judge _____

FROM: CLERK'S OFFICE

CASE NAME: _____

DOCUMENT TITLE: _____

The attached was received on _____ and the following defect(s) is/are noted:

1. Untimely, due to be filed by _____ [Rule 7.2]

2. Not signed [ Rule 11]

3. Does not comply with the provisions of Rule:

    5.2(a)        Re: redacted filings [Privacy Protection]

    5.4(a)(2)(A)  Re: table of contents or index to appendix is missing (or in wrong location)

    5.4(b)        Re: length of briefs or memorandum

    5.5(g)        Re: Judge's name on all filings

    10(a)         Re: incorrect caption; names of parties

4. Original affidavit(s)/declaration(s) is/are missing

5. No provision in the rules (or court order) for filing of this item

6.

_____<br>
Deputy Clerk's Initials<br><br>
Revised January 2024