# United States Court of Federal Claims

717 MADISON PLACE, NW
WASHINGTON, DC 20439

OFFICE OF THE CLERK OF COURT
(202) 357-6406

VIA CERTIFIED MAIL NO. 9589 0710 5270 2704 8725 60

February 6, 2026

WeWork c/o Nadja Yang
115 Broadway Street, 5th Floor
New York, NY 10006

Re: Return of Rejected Submission
Education Creditor Trust, et al. v. United States, Case No. 24-775

Dear Ms. Yang:

On February 4, 2026, Senior Judge Eric G. Bruggink issued an order in the above-captioned case rejecting an amicus brief and motion for leave to file submitted by you and received by the court in triplicate on January 26, 2026 (via e-mail), January 28, 2026 (via U.S. Mail), and February 4, 2026 (via U.S. Mail). In his order, Judge Bruggink directed the clerk to follow up with you to arrange for the secure return of your February 4, 2026, submission, which includes two (2) bound hardback books containing copies of your amicus brief and motion for leave to file, each consisting of 159 pages. A copy of the court's order is enclosed.

For the return of the above-mentioned books, please remit payment in the amount of $7.00 to cover the return postage. Please make your check payable to the Clerk, U.S. Court of Federal Claims. The Clerk will hold these items for 30 days pending payment of the return postage. If we do not receive payment by March 9, 2026, this matter will be considered closed.

If you have any questions, please contact the Clerk's Office at (202) 357-6406.

Sincerely,

Joan W. Goldfrank
Director of Operations

Enclosure

cc: Senior Judge Eric G. Bruggink